No. 01–1427. WALGREEN CO. v. HOOD, SECRETARY, LOUISIANA DEPARTMENT OF HEALTH AND HOSPITALS. C. A. 5th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–9742. BURGESS v. CITY AND COUNTY OF SAN FRANCISCO DEPARTMENT OF ELECTIONS. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–1562. WOODFORD, WARDEN v. CARO. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 01–9725. ARMSTRONG v. STEPPES APARTMENTS, LTD., ET AL. Ct. App. Tex., 2d Dist. Motion of Kenneth A. Rushton, Chapter XI Trustee, for leave to file a brief as *amicus curiae* granted. Certiorari denied.